# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HERZOG, </br></br>   Plaintiff, </br></br> v. </br></br> NCO FINANCIAL SYSTEMS, INC., </br></br>   Defendant. | ) </br> ) </br> ) </br> ) **Case No.: 2:12-cv-292-JHS** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com