IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT HERZOG,                          :
                                        :      CIVIL ACTION
              Plaintiff,                :
                                        :      NO. 12-292
       v.                               :
                                        :
NCO FINANCIAL SYSTEMS, INC.,            :
                                        :
              Defendant.                :

## ORDER

**AND NOW**, this 22nd day of March 2012, upon receipt of Plaintiff's Notice of Voluntary

Dismissal (Doc. No. 3), it is **ORDERED** that:

    1.      The action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    2.      All pending motions are **DENIED** as **MOOT**.

    3.      The Clerk of Court shall close the case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY,  J.